IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARLEY ELBERT** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : : | |
| **CHILDREN'S HOSPITAL OF PHILADELPHIA,** *Defendant.* | : : : : | NO. 17-5192 |

FILED
APR -3 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

# ORDER

**AND NOW**, this 3rd day of April, 2018, upon consideration of Plaintiff's Amended Complaint (Doc. No. 12), Defendant's Motion to Dismiss (Doc. No. 14), Plaintiff's Response in Opposition (Doc. No. 19), and Defendant's Reply in Support (Doc. No. 20), it is hereby **ORDERED** as follows:

1. The Motion to Dismiss the First Amended Complaint (Doc. No. 14) is **GRANTED**.

2. The Motion to Dismiss the Initial Complaint (Doc. No. 6) is **deemed MOOT**.

3. The **Clerk of Court** shall file the Memorandum accompanying this Order **under SEAL**.

4. The **Clerk of Court** shall **CLOSE the case** for all purposes, including statistics.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
United States District Judge